1074

No. 98–6452. PIZZO v. LOUISIANA. Sup. Ct. La. Certiorari denied. 

No. 98–6464. JAMES v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 98–6467. CONNELLY v. McCONNELL ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–6472. ALVAREZ v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 98–6473. COLEMAN v. BEILEIN, SHERIFF. C. A. 2d Cir. Certiorari denied.

No. 98–6478. CANO v. TERHUNE, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–6482. CROSS v. COURT OF APPEAL OF CALIFORNIA, THIRD APPELLATE DISTRICT. C. A. 9th Cir. Certiorari denied.

No. 98–6483. CHAROWSKY v. WAPINSKY ET AL. C. A. 3d Cir. Certiorari denied. 

No. 98–6486. BARRAZA v. CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 98–6488. ATHERTON v. ARLINGTON COUNTY, VIRGINIA. C. A. 4th Cir. Certiorari denied. 

No. 98–6493. McINTURFF v. CORCORAN, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied. 

No. 98–6494. MARSHALL v. STRAUB, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 98–6497. MORETTI v. CHASE MORTGAGE SERVICES, INC. Sup. Ct. N. J. Certiorari denied.

No. 98–6511. KING v. WRIGHT, SUPERINTENDENT, CLALLAM BAY CORRECTIONS CENTER. C. A. 9th Cir. Certiorari denied.

No. 98–6515. JACKSON v. MILLIKEN. Ct. App. D. C. Certiorari denied.